# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  Case Nos.  1:15-cr-9-AW-GRJ
              1:17-cv-119-AW-GRJ

**TAWANDA LAKAYE BURKETT**
_____/

## ORDER OF DISMISSAL

The Magistrate Judge's August 23, 2019 Report and Recommendation is before the Court. ECF No. 296. I have considered the Report and Recommendation, and I have reviewed de novo the issues raised in the Petitioner's objections. ECF No. 302. I have determined that the Report and Recommendation should be adopted.

It is therefore ORDERED:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated into this Order.

2. The Clerk shall enter a judgment stating: "The 'Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody' (ECF No. 226), as amended by ECF No. 289, is DENIED."

3. A certificate of appealability is DENIED.

SO ORDERED on November 12, 2019.

                                              s/ *Allen Winsor*
                                              United States District Judge