IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 1:15-cr-09-AW-GRJ

TAWANDA LAKAYE BURKETT
_____/

### REPORT AND RECOMMENDATION

Pending before the Court is Defendant's Motion for Leave to Appeal *In Forma Pauperis*. ECF No. 311. On August 23, 2019, the undersigned recommended Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, ECF Nos. 226, 289, and request for certificate of appealability should be denied. ECF No. 296. On November 12, 2019, the district court adopted the undersigned's report and recommendation, denied Defendant's § 2255 motion, and declined to issue a certificate of appealability. ECF No. 305. Defendant filed a notice of appeal, ECF No. 307, and now requests permission to proceed in the appeal as a pauper, ECF No. 311.

Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." *See also* Fed. R. App. P. 24(a)(3)(A). The Court finds that Defendant's appeal is not taken in good faith, inasmuch as Defendant has

failed to identify a nonfrivolous issue for appeal.  *See Busch v. Cty. of Volusia*, 189 F.R.D. 687, 692 (M.D. Fla. 1999) (holding a party "demonstrates good faith when she seeks appellate review of any issue that is not frivolous").  Indeed, contrary to the requirements of Federal Rule of Appellate Procedure 24(a)(1), Defendant does not identify in her motion any issue she intends to present on appeal.  Defendant's motion for leave to appeal *in forma pauperis*, ECF No. 311, should therefore be denied**.**

Accordingly, it is respectfully **RECOMMENDED** that Defendant's Motion for Leave to Appeal *In Forma Pauperis*, ECF No. 311, should be **DENIED**.

**IN CHAMBERS** this 19th day of December 2019.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**