IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.  1:15-cr-9-AW-GRJ
 1:17-cv-119-AW-GRJ

TAWANDA LAKAYE BURKETT
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

The Magistrate Judge's December 19, 2019 Report and Recommendation is before the Court. ECF No. 312. I have considered the Report and Recommendation, and I have reviewed de novo the issues raised in the Petitioner's objections. ECF No. 313. I have determined that the Report and Recommendation should be adopted.

It is therefore ORDERED:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated into this Order.

2. The motion for leave to appeal in forma pauperis (ECF No. 311) is DENIED.

SO ORDERED on January 9, 2020.

s/ *Allen Winsor*
United States District Judge