IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                         CASE NO. 1:15-cr-09-AW-GRJ

TAWANDA LAKAYE BURKETT
_____/

## REPORT AND RECOMMENDATION

Pending before the Court is Defendant's Motion for Leave to Appeal *In Forma Pauperis*. ECF No. 329. On April 27, 2020, the Court denied *without prejudice* Defendant's motions for a sentence modification under 18 U.S.C. § 3582(c)(2) and for compassionate release. ECF Nos. 318, 320. Defendant has filed a notice of appeal, ECF No. 325, and now requests permission to proceed in the appeal as a pauper.

Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." *See also* Fed. R. App. P. 24(a)(3)(A). The Court finds that Defendant's appeal is not taken in good faith, inasmuch as Defendant has failed to identify a nonfrivolous issue for appeal. *See Busch v. Cty. of Volusia*, 189 F.R.D. 687, 692 (M.D. Fla. 1999) (holding a party "demonstrates good faith when she seeks appellate review of any issue that is not frivolous"). Indeed, contrary to the requirements of Federal Rule

of Appellate Procedure 24(a)(1), Defendant does not identify in the instant motion any issue she intends to present on appeal.

Accordingly, it is respectfully **RECOMMENDED** that Defendant's Motion for Leave to Appeal *In Forma Pauperis*, ECF No. 329, should be **DENIED**.

**IN CHAMBERS** this 5th day of June 2020.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.