# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.   Case No. 1:15-cr-9-AW-GRJ

**TAWANDA LAKAYE BURKETT,**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's June 5, 2020 Report and Recommendation. ECF No. 330. No objections have been filed. I have determined the Report and Recommendation should be adopted. Because Defendant's appeal would be frivolous, her motion for leave to appeal *in forma pauperis*, ECF No. 329, is DENIED.

SO ORDERED on July 9, 2020.

s/ *Allen Winsor*
United States District Judge